IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT THIES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 8:25CV365<br><br>**ORDER STRIKING PLAINTIFF'S BRIEF** |

On August 20, 2025, Plaintiff filed an Unopposed Motion for Extension of Time seeking an extension until October 20, 2025, "in which to file Plaintiff's Brief." Filing 8 at 1. The Court granted that Motion on August 21, 2025, by text order stating, "Plaintiff shall have to and including October 20, 2025, to file his motion and brief to reverse the Commissioner's decision." Filing 9. Thus, the text order reminded Plaintiff that rather than simply filing a brief in this judicial review action, General Order No. 2022-13 requires that "the plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief. . . ." Filing 3 at 1. However, on October 20, 2025, Plaintiff filed Plaintiff's Brief without the required motion for an order reversing the Commissioner's decision. Filing 10. Accordingly,

IT IS ORDERED that Plaintiff's Brief, Filing 10, is stricken for failure to comply with General Order No. 2022-13. Plaintiff shall have to and including October 24, 2025, to file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief in full compliance with General Order No. 2022-13. Filing 3 at 1.

Dated this 21st day of October , 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge