IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTT T.

          Plaintiff,

   vs.

          **8:25-cv-00365-BCB**

FRANK BISIGNANO, Commissioner of
Social Security,

          Defendant.

          **JUDGMENT**

Pursuant to the Memorandum and Order filed April 9, 2026, the Commissioner's final decision is affirmed, and the case is closed.

Dated this 13th day of April, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge